# EXHIBIT 1

EXHIBIT 1

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

May 19, 2023

Ms. Tennley Vik
c/o Mark Mausert, Esquire
Mausert Law
729 Evans Ave.
Reno, NV  89512

Re:  EEOC Charge Against University of Nevada, Reno, et al.
     No. 34B202200982

Dear Ms. Vik:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Los Angeles District Office, Los Angeles, CA.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                       Sincerely,

                                       Kristen Clarke
                                       Assistant Attorney General
                                       Civil Rights Division

                                 by       /s/ Karen L. Ferguson
                                       Karen L. Ferguson
                                       Supervisory Civil Rights Analyst
                                       Employment Litigation Section

cc: Los Angeles District Office, EEOC
    University of Nevada, Reno, et al.