UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TENNLEY VIK,<br><br>   Plaintiff,<br><br>v.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>   Defendant. | Case No. 3:23-cv-000398-MMD-EJY<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Protective Order (ECF No. 27). The proposed Stipulation fails to include procedures for resolving issues arising from the unauthorized or inadvertent disclosure of attorney work product, attorney client privilege or other confidential materials.

Accordingly, IT IS HEREBY ORDERED that the parties' Stipulated Protective Order (ECF No. 27) is DENIED without prejudice. The parties are advised to file a revised proposed stipulated protective order correcting the deficiencies identified above.

DATED this 27 day of November, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE