Bryan L. Wright
Associate General Counsel
Nevada Bar No. 10804
University of Nevada, Reno
1664 North Virginia Street/MS 0550
Reno Nevada 89557-0550
Tel: (775) 784-3493
Fax: (775) 327-2202
bryanwright@unr.edu
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TENNLEY VIK | Case No. 3:23-CV-00398-MMD-EJY |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO, | |
| Defendant. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Tennley Vik and Defendant State of Nevada Ex. Rel. Board of Regents of the Nevada System of Higher Education on Behalf of the University of Nevada-Reno, by and through their respective undersigned counsel, hereby stipulate to dismiss the above-captioned action with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

. . . .

. . . .

. . . .

. . . .

. . . .

- 1 -

**IT IS SO STIPULATED.**

DATED this ___ day of March, 2024.        DATED this 1st day of March, 2024.

MARK MAUSERT                              BRYAN L. WRIGHT
SEAN MCDOWELL                             1664 N. Virginia St., MS 0550
Law Office of Mark Mausert                Reno Nevada 89557-0550
729 Evans Avenue                          *Attorney for Defendant*
Reno Nevada 89512
*Attorneys for Plaintiff*

## ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____