Bryan L. Wright
Associate General Counsel
Nevada Bar No. 10804
University of Nevada, Reno
1664 North Virginia Street/MS 0550
Reno Nevada 89557-0550
Tel: (775) 784-3493
Fax: (775) 327-2202
bryanwright@unr.edu
*Attorney for Defendant*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| TENNLEY VIK | Case No. 3:23-CV-00398-MMD-EJY |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO, | |
| Defendant. | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Tennley Vik and Defendant State of Nevada Ex. Rel. Board of Regents of the Nevada System of Higher Education on Behalf of the University of Nevada-Reno, by and through their respective undersigned counsel, hereby stipulate to dismiss the above-captioned action with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

. . . .

. . . .

. . . .

. . . .

. . . .

- 1 -

IT IS SO STIPULATED.

DATED this 1st day of March, 2024.

MARK MAUSERT
SEAN MCDOWELL
Law Office of Mark Mausert
729 Evans Avenue
Reno Nevada 89512
*Attorneys for Plaintiff*

DATED this 1st day of March, 2024.

BRYAN L. WRIGHT
1664 N. Virginia St., MS 0550
Reno Nevada 89557-0550
*Attorney for Defendant*

## ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: March 7, 2024